UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00464-MOC

| | | |
|---|---|---|
| **LEGAL NEWSLINE,** | ) | |
| Appellant, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **GARLOCK SEALING TECHNOLOGIES, LLC,** et al., | ) ) ) ) | |
| Appellees. | ) | |

**THIS MATTER** is before the court on appellant's Motions for Admission Pro Hac Vice of Steven F. Pfalum and Andrew G. May. Having considered appellant's motions and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that appellant's Motions for Admission Pro Hac Vice of Steven F. Pfalum and Andrew G. May (#11 & #12) are GRANTED, and such attorneys are admitted to practice before the Bar of this court in this particular case while appearing with Mr. Russell.

Signed: November 4, 2013

Max O. Cogburn Jr.
United States District Judge