UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00464-MOC

[consolidating 3:14cv171,210,212,214,215,216,217,and 221]

IN RE:

GARLOCK SEALING TECHNOLOGIES, LLC.

ORDER CONSOLIDATING
CASES, SUSPENDING FURTHER
BRIEFING, and SETTING
CERTAIN MOTIONS ON FOR
HEARIN JULY 15, 2014

**THIS MATTER** is before the court on the consent Motion to Set Various Pending Motions for Hearing on July 15, 2014, and to Suspend Briefing Deadlines Under Fed.R.Bankr.P. 8009(a) Pending Disposition of Those Motions (#27). Due to the voluminous and redundant filings necessitated by the pendency of nine cases, the court will consolidate these cases for further administrative proceedings under the file number of the first action filed; however, the Motion to Consolidate will be still be heard. For good cause shown in the instant motion, the court will grant the relief requested and instruct the Clerk of Court to notice the following motions for hearing on July 15, 2014:

☐ Ford Motor Company's Motion for Withdrawal of the Reference Pursuant to 28 U.S.C. § 157(d) with Respect to Contested Matter Relating to Access to Sealed Estimation Trial Transcripts and Evidence (the "Motion for Withdrawal"). (See No. 14-

1

cv-00171, Dkt. Nos. 1 and 2.) The Motion for Withdrawal is fully briefed. (See id., Dkt. Nos. 33 and 42.)

☐ Ford Motor Company's Motion to Consolidate Motion to Withdraw Reference with Appeal from April 11, 2014 Order of the Bankruptcy Court (the "Motion to Consolidate Motion for Withdrawal with Ford Appeal"). (See No. 14-cv-00171, Dkt. Nos. 25 and 26.) The Motion to Consolidate Motion for Withdrawal with Ford Appeal is fully briefed. (See id., Dkt. Nos. 48 and 49.)

☐ Appellants' Joint Motion to Consolidate Motion to Withdraw Reference and Appeals from Bankruptcy Court's Order Denying Access to the Sealed Evidenceand to Establish Briefing Schedule (the "Motion to Consolidate Movants' Access Appeals"). (See, e.g., No. 14-cv-00171, Dkt. No. 47.) The Motion to Consolidate Movants' Access Appeals will be fully briefed by July 15, 2014. (See id., Dkt. No. 50); W.D.N.C. Loc. R. 7.1(E).

☐ Debtor Appellants' Motion to Consolidate Appeals from Bankruptcy Court's Order Denying Access to Sealed Evidence and to Establish Briefing Schedule (the "Debtors' Motion to Consolidate"). (See No. 14-cv-00214, Dkt. No. 2.) The Debtors' Motion to Consolidate will be fully briefed by July 15, 2014. (See id., Dkt. No. 5); W.D.N.C. Loc. R. 7.1(E).

☐ The motions filed by the Official Committee of Asbestos Personal Injury Claimants (the "Committee") to remand (i) the First Legal Newsline Appeal and (ii) the Access Appeals, which involve appeals from an order denying access to the estimation trial record (including exhibits and testimony)4 (collectively, the "Appeals"). These pre-briefing motions for remand were filed first in the First Legal Newsline Appeal, (No. 13-

cv-00464, Dkt. No. 16), and then in each of the Access Appeals, (see, e.g., No. 14-cv-00210, Dkt. No. 3) (collectively, the "Motions for Remand"). The Motions for Remand will be fully briefed by July 15, 2014. (See id., Dkt. Nos. 5, 8, 10.)

☐ Motion by Legal Newsline for Consolidation of its Appeals and Establishment of Single Briefing Schedule (the "Motion to Consolidate Legal Newsline Appeals"). (See No. 14-cv-00212, Dkt. Nos. 8 and 9.) The Motion to Consolidate Legal Newsline Appeals will be fully briefed by July 15, 2014.

## ORDER

**IT IS, THEREFORE, ORDERED** that the above captioned cases are administratively consolidated under the caption of the first filed action and the consent Motion to Set Various Pending Motions for Hearing on July 15, 2014, and to Suspend Briefing Deadlines Under Fed.R.Bankr.P. 8009(a) Pending Disposition of Those Motions (#27) is GRANTED, and the Clerk of Court is instructed to set the above motions for hearing on July 15, 2014, and to spread this Order among the above captioned cases.

Signed: June 10, 2014

Max O. Cogburn Jr.
United States District Judge