# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-cv-464

| | |
|---|---|
| LEGAL NEWSLINE, et al., | |
| Plaintiff, | |
| Vs. | ORDER |
| GARLOCK SEALING TECHNOLOGIE, LLC, | |
| Defendant. | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice" (##48, 49, 50) filed June 20 and 23, 2014 requesting admission of Charles B. Walther, Fred L. Alvarez, and Tony L. Draper, respectively. For the reasons set forth therein, the Motions will be **GRANTED**.

Signed: June 30, 2014

Max O. Cogburn Jr.
United States District Judge