UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00464-MOC

[consolidating 3:14cv116, 118, and 130 with the previous consolidation of 3:14cv171,210,212,214,215,216,217,and 221]

| | |
|---|---|
| IN RE: <br><br> GARLOCK SEALING TECHNOLOGIES, LLC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ORDER <u>FURTHER</u> CONSOLIDATING CASES, SUSPENDING FURTHER BRIEFING, and SETTING CERTAIN MOTIONS ON FOR HEARING JULY 15, 2014 |

**THIS MATTER** is before the court on the courts own motion for administrative consolidation and to suspend further briefing in this matter. At issue is whether this court should withdraw the reference from the bankruptcy court and whether the bankruptcy court properly sealed certain matters. The pleadings before the court are already voluminous and, to a great extent, redundant. The above captioned matters will, therefore be consolidate with the other cases already consolidated for hearing July 15, 2014, for further administrative proceedings under the file number of the first action filed in the first consolidation; however, the formal Motion to Consolidate will be still be heard. The Clerk of Court will notice all motions pending in the cases herein consolidated for hearing during the previously set July 15, 2014, hearing.

1

## ORDER

**IT IS, THEREFORE, ORDERED** that 3:14cv116, 118, 130, and 137 are consolidated with the cases previously consolidated (3:14cv171, 210, 212, 214, 215, 216, 217, and 221) under the caption of 3:14cv171, and all pending motions in these actions are also calendared for disposition during the July 15, 2014, hearing. The Briefing Deadlines are all suspended.

Finally, chambers has received a number of calls from counsel both in and outside the case concerning participation by telephone or listening in via telephone. Anyone who wants to be present in the courtroom is welcome to attend; however, the court will not allow such proceeding to be broadcast. Counsel who cannot attend should contact the official court reporter for a transcript.

Signed: July 1, 2014

Max O. Cogburn Jr.
United States District Judge